RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Ruben Martin Covarrubias-Guerra

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUBEN MARTIN COVARRUBIAS-GUERRA,<br><br>　　　　Defendant. | Case No. 2:20-cr-00319-JCM-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Ruben Martin Covarrubias-Guerra, that the Sentencing Hearing currently scheduled on February 11, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Undersigned counsel recently was assigned this case and needs time to review the case file more in depth and speak with Mr. Covarrubias to craft the sentencing memo. Given wait times at the jail, communication is somewhat difficult and counsel wants to ensure he has adequate time to review with Mr. Covarrubias.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 3rd day of February, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Edward G. Veronda<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RUBEN MARTIN COVARRUBIAS-GUERRA,<br><br>            Defendant. | Case No. 2:20-cr-00319-JCM-EJY<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, February 11, 2022 at 10:30 a.m., be vacated and continued to **April 15, 2022**, at the hour of **10:00 a.m.**; or to a time and date convenient to the court.

   DATED  February 4, 2022.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE