UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00319-JCM-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| RUBEN MARTIN COVARRUBIAS-GUERRA, | |
| Defendant. | |

Pending before the Court is Defendant's Motion for Leave to File Exhibit "A" with Redactions. ECF No. 56. Defendant states that character letters attached to the sentencing memorandum as Exhibit A contain addresses and information related to a minor. Defendant cites to LR IC 6-1 in support of his request.

United States District Court for the District of Nevada Local Rule IC 6-1 states, in pertinent part, that: "Parties must refrain from including—or must partially redact, where inclusion is necessary—the following personal data identifiers from all documents filed with the court, including exhibits, whether filed electronically or in paper …: … [n]ames of Minor Children. If the involvement of a minor child must be mentioned, only the initials of that child should be used." In addition to the Local Rule, Defendant, as the party seeking redactions of a document filed on the docket, must show good cause for the redactions sought. *Kamakana v. City & Cnty of Honolulu*, 447 F.3d 1172, 1180, 1186 (9th Cir. 2006). Applying the Local Rule and the Ninth Circuit standard, Defendant contends he has met the good cause standard. The Court agrees.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Leave to File Exhibit "A" with Redactions (ECF No. 56) is GRANTED.

Dated this 9th day of December, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE