RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Ruben Martin Covarrubias-Guerra

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUBEN MARTIN COVARRUBIAS-GUERRA, <br><br> Defendant. | Case No. 2:20-cr-00319-JCM-EJY <br><br> **STIPULATION TO REQUEST RECOMMENDATION FOR PLACEMENT OF FACILITY IN BUREAU OF PRISONS** |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Ruben Martin Covarrubias-Guerra,

. . .

. . .

requests that the Court recommend that BOP send him to FCI Ashland, or alternatively, FCI Sheridan.

DATED this 16ᵗth day of December, 2022.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

By */s/ Navid Afshar*       By */s/ Edward G. Veronda*
NAVID AFSHAR      EDWARD G. VERONDA
Assistant Federal Public Defender      Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RUBEN MARTIN COVARRUBIAS-GUERRA,<br><br>        Defendant. | Case No. 2:20-cr-00319-JCM-EJY<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the Court recommend that BOP send him to FCI Ashland, or alternatively, FCI Sheridan.

   DATED December 19, 2022.

                              _____
                              UNITED STATES DISTRICT JUDGE

3